UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Motion Hearing**
**Doc. 56**

**Case Number: 6:14-CV-1716-ORL-40DAB**

**CHRISTOPHER LEGG**

**Plaintiff,**

-v-

**E-Z RENT A CAR, INC.**
**d/b/a Florida E-Z Rent A Car, Inc.**

**Defendant.**

**Plaintiff's Counsel:** **Kira Rubel**
**Scott Owens**

**Defense Counsel:** **James Toscano**

| | | | |
|---|---|---|---|
| District Judge: | **Paul G. Byron** | Court Reporter: | Koretta Stanford<br>skoretta@bellsouth.net |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | May 15, 2015 | Time: | 2:20 pm-2:48 pm |

Doc. 56 - Plaintiff's Unopposed Motion of Preliminary Approval of Class Action Settlement

| | |
|---|---|
| 2:20 pm | Convene<br>Appearances |
| 2:21 pm | Argument by Plaintiff (Owens) |
| 2:23 pm | Court indicates documents reviewed prior to hearing |
| 2:24 pm | Plaintiff continues argument |
| 2:30 pm | Plaintiff attorney (Rubel) continues argument |
| 2:33 pm | Court inquires of the Defendant |
| 2:34 pm | Defense counsel responds. (Toscano) |
| 2:34 pm | Plaintiff continues (Owens) |
| 2:36 pm | Court inquires as to " Notice" (Doc. 56-3) |
| 2:37 pm | Plaintiff responds (Owens) |
| 2:44 pm | Court directs Plaintiff submit a proposed "short form Notice" within (14) days from today and also provide the available dates of counsel in (90) days for a hearing, to chambers e-mail. |
| 2:48 pm | Adjourned<br>Written Order to follow. |