UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER LEGG,

    Plaintiff,

v.                                                        Case No: 6:14-cv-1716-Orl-40DAB

E-Z RENT A CAR, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court following the hearing on Plaintiff's Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement (Doc. 56), held May 15, 2015. (Doc. 61).

Upon consideration, the parties are **ORDERED** to submit to the Court within **fourteen (14) days** of this Order a revised Notice to Class Members. The revised Notice to Class Members shall consist of a short form which will precede the current Notice and that omits the caption of the case and provides a very brief (no more than two paragraph) explanation in laymen's terms of the proposed class action, the award each potential class member is entitled to receive under the proposed settlement agreement following the final approval of the class action settlement, and the steps to be taken to claim the award. The amended Notice to Class Members shall be provided in both English and Spanish. The parties may submit the revised Notice to the Court's email address.[1]

---

[1] Chambers_FLMD_Byron@flmd.uscourts.gov

The parties shall also submit at least three dates when they will be available for a final settlement hearing regarding the fairness of the proposed settlement, said hearing to occur at least ninety (90) days following the entry of the order preliminarily approving the class action settlement.

**DONE AND ORDERED** in Orlando, Florida on May 15, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2